AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Karen L. Grigsby) 20-046

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
Don Yannuzzi

*Defendant(s)*

Case No. 20-809

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 8, 2020, in the county of Bucks in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1703 | Unlawful flight to avoid prosecution |

This criminal complaint is based on these facts:

See attached.

✔ Continued on the attached sheet.

/s Thomas Jackson
*Complainant's signature*

Det. Thomas Jackson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 15, 2020

/s Linda K. Caracappa
*Judge's signature*

City and state: Philadelphia, PA

Linda K. Caracappa, Chief Magistrate Judge
*Printed name and title*

Case No. M-20-809

**A F F I D A V I T**

I, Thomas Jackson, do depose and state as follows:

1. I am a Detective with the Bensalem Township Police Department and have been so employed for the past 21 years. I am also deputized as a Special Deputy United States Marshal authorized to investigate violations of Title 18 of the United States Code. I am currently assigned to the Federal Bureau of Investigation's Safe Streets Task Force.

2. I am currently assigned to the investigation of DON YANNUZZI (hereinafter "YANNUZZI") and his unlawful flight to avoid prosecution in violation of 18 U.S.C. § 1703. The information contained in this affidavit is based on my personal knowledge and on information provided to me by other law enforcement officers and agents involved in this investigation, as well as various public and law enforcement databases.

3. Between March 12, 2020, and March 20, 2020, six arsons were committed in Lower Bucks County; specifically, four in Bensalem Township, one in Lower Southampton Township, and one in Upper Southampton Township.

4. On May 8, 2020, Bensalem Township Police Detective Gregory Jackson obtained an arrest warrant for Don YANNUZZI, date of birth 08-30-1960, charging him with arson with intent to destroy unoccupied building, in violation of 18 Pa.C.S.A. § 3301, a felony offense, and related charges. A copy of the arrest warrant and criminal complaint is attached hereto and incorporated by reference.

5. On Saturday, May 8, 2020, Detective Greg Jackson of the Bensalem Police Department spoke with Paul Yannuzzi, who is the brother of YANNUZZI. (Paul Yannuzzi's residence is also one of the places at which YANNUZZI is charged with committing arson.) Paul Yannuzzi stated that on May 8, 2020, he was notified by his family in Texas that YANNUZZI arrived at his aunt and uncle's house in El Paso, Texas. YANNUZZI was not allowed to enter the residence by family but a relative went outside and spoke with him. YANNUZZI stated to that relative that he was staying in his vehicle at a campground in Tornillo, Texas. The campground is called Hide Away Lakes Campground and is located on Hide Away Lakes Road in Tornillo, Texas 79853. Family related that YANNUZZI was operating his blue van, previously identified as an 2001 Chevrolet Express Van, blue in color, bearing PA KXF-8277.

6. On May 11, 2020, the Bucks County Assistant District Attorney responsible for extradition matters confirmed that full extradition was authorized for YANNUZZI.

Case No. M-20-809

7. Based upon the above, I believe that there is probable cause to believe that DON YANUZZI is a fugitive who knowingly and unlawfully traveled in interstate commerce with intent to avoid prosecution for felony offenses in Bucks County, Pennsylvania, which is located in the Eastern District of Pennsylvania, in violation of 18 U.S.C. § 1073.

/s *Thomas Jackson*
Thomas Jackson
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me
this 15th day of May, 2020.

/s *Linda K. Caracappa*
Honorable Linda K. Caracappa
Chief United States Magistrate Judge

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BUCKS



# Arrest Warrant

| | |
|---|---|
| Mag. Dist. No. : | MDJ-07-1-12 |
| MDJ Name : | Honorable Joseph P. Falcone |
| Address : | 3237 Bristol Road, Suite 100-101<br>Bensalem, PA 19020 |
| Telephone : | 215-741-3501 |

Commonwealth of Pennsylvania
v.
Don Yannuzzi

| | | | |
|---|---|---|---|
| Complaint No: | 20 08849 | Issued For: | Don Yannuzzi |
| Charging Officer: | Jackson, Gregory | Docket No: | MJ-07112-CR-0000306-2020 |
| Arresting Agency: | Bensalem Township Police Dept | NCIC OFF: | 2007 |
| Case Filed: | 05/08/2020 | OOC: | |
| OTN: | U 871184-6 | WARRANT ID: | DIS709534877 |
| Reason For Warrant: | Felony | Warrant Control No: | 07112-AW-0000156-2020 |
| Offense Date: | 03/12/2020 | | |
| Lead Offense: | 18 § 3301 §§ C1 Arson-Intent Destroy Unoccupied Bldg | | |

**TO THE OFFICER: Gregory Jackson**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Don Yannuzzi, into custody. When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to la

Witness the hand and official seal of the issuing authority on this 8th day of May, 2020.

5.8.20
Date

Magisterial District Judge



MJ-07112-CR-0000306-2020 07112-AW-0000156-2020 Don Yannuzzi

MDJS 417
Printed: 05/08/2020 4:24:34PM



FREE INTERPRETER
www.pacourts.us/language-rights
215-348-6057

Commonwealth of Pennsylvania
v.
Don Yannuzzi

**Warrant Control No: 07112-AW-0000156-2020**
Docket No: MJ-07112-CR-0000306-2020
OTN: U 871184-6

**RETURN WHERE DEFENDANT FOUND**

By authority of this warrant, on ______________________, 20 ______

I took into custody the within named ______________________, and he/she is

☐ before you for disposition.

☐ In the ______________________ Prison.

**RETURN WHERE DEFENDANT IS NOT FOUND**

☐ After careful search, I cannot find the within named defendant.

______________________
(Signature of Police Officer - Name and Title)

| Service Costs: | | Additional Statutorily Authorized Service Costs: | |
|---|---|---|---|
| Warrant | ______ | ______ | ______ |
| Miles @ | ______ | ______ | ______ |
| Commitments | ______ | ______ | ______ |
| Miles @ | ______ | ______ | ______ |
| Convey/Transport | ______ | ______ | ______ |
| Miles @ | ______ | ______ | ______ |
| | | Total | ______ |



FREE INTERPRETER
www.pacourts.us/language-rights
215-348-6057

Commonwealth of Pennsylvania
v.
Don Yannuzzi

**Warrant Control No: 07112-AW-0000156-2020**
Docket No: MJ-07112-CR-0000306-2020
OTN: U 871184-6

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | Social Security Number | SID (State Identification Number) | FBI Number |
|---|---|---|---|
| | 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 | | |

| Age | Race | Ethnicity | Gender | Eye Color | Hair Color | Date of Birth | Weight (lbs) | Height(Ft/In) |
|---|---|---|---|---|---|---|---|---|
| 59 | White | Non Hispanic | Male | Brown | Brown | 08/30/1960 | 200 | 6' 06" |

**NCIC Extradition Code / Description:** Felony - Extradition Surrounding States Only
**Distance:**
**Comments:**

| Alias | Participant Local No |
|---|---|
| | |

**Prosecution**
Commonwealth of Pennsylvania

**Distinguishing Features/Special Considerations**

## DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number | State | Expiration Date |
|---|---|---|
| 19502073 | PA | 08/31/2019 |

| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |
|---|---|---|---|---|---|---|
| KXF8277 | PA | | 2001 | | | |

## DEFENDANT CONTACT INFORMATION

**DEFENDANT ADDRESS**

**Home (Case Address)**
no fixed abode
no fixed abode, PA





Commonwealth of Pennsylvania
v.
Don Yannuzzi

**Warrant Control No: 07112-AW-0000156-2020**
Docket No: MJ-07112-CR-0000306-2020
OTN: U 871184-6

**All Charge(s)**

| Statute | Description | Counts |
|---|---|---|
| 18 § 3301 §§ C1 (Lead) | Arson-Intent Destroy Unoccupied Bldg | 3 counts |
| 18 § 3301 §§ D1 | Reckless Burning or Exploding - places uninhabited or unoccupied structure in dang | 5 counts |
| 18 § 3304 §§ A1 | Crim Misch/Dmg Prop Intent, Reckless, Or Neglig | 6 counts |
| 18 § 3301 §§ E2 | Fail To Control/Rpt Dangerous Fire | 6 counts |



FREE INTERPRETER
www.pacourts.us/language-rights
215-348-6057

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BUCKS

Magisterial District Number: 07-1-12

MDJ: Hon. JOSEPH FALCONE

Address: 3237 BRISTOL ROAD SUITE 100-101 BENSALEM, PA 19020

Telephone: (215) 741-3501

# POLICE CRIMINAL COMPLAINT

## COMMONWEALTH OF PENNSYLVANIA VS.

DEFENDANT: (NAME and ADDRESS):

DON (First Name) (Middle Name) YANNUZZI (Last Name) (Gen.)

0 NO FIXED ABODE

NCIC Extradition Code Type

- ☐ 1-Felony Full
- ☐ 2-Felony Ltd.
- ☒ 3-Felony Surrounding States
- ☐ 4-Felony No Ext
- ☐ 5-Felony Pend.
- ☐ 6-Felony Pend. Extradition Determ.
- ☐ A-Misdemeanor Full
- ☐ B-Misdemeanor Limited
- ☐ C-Misdemeanor Surrounding States
- ☐ D-Misdemeanor No Extradition
- ☐ E-Misdemeanor Pending
- ☐ F-Misdemeanor Pending Extradition Determ.
- ☐ Distance:

DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR-306-20 | 5-8-20 | U871184-6 | 20-08849 | ☐ YES ☒ NO |

GENDER: ☒ Male ☐ Female

DOB 08/30/1960 POB Add'l DOB Co-Defendant(s) ☐

AKA (First Name) (Middle Name) (Last Name) (Gen.)

RACE: ☒ White ☐ Asian ☐ Black ☐ Native American ☐ Unknown

ETHNICITY: ☐ Hispanic ☒ Non-Hispanic ☐ Unknown

HAIR COLOR: ☐ GRY (Gray) ☐ RED (Red/Aubn.) ☐ SDY (Sandy) ☐ BLU (Blue) ☐ PLE (Purple) ☒ BRO (Brown) ☐ BLK (Black) ☐ ONG (Orange) ☐ WHI (White) ☐ XXX (Unk/Bald) ☐ GRN (Green) ☐ PNK (Pink) ☐ BLN (Blonde / Strawberry)

EYE COLOR: ☐ BLK (Black) ☐ BLU (Blue) ☒ BRO (Brown) ☐ GRN (Green) ☐ GRY (Gray) ☐ HAZ (Hazel) ☐ MAR (Maroon) ☐ PNK (Pink) ☐ MUL (Multicolored) ☐ XXX (Unknown)

DNA: ☐ YES ☒ NO DNA Location

FBI Number: 238761WB7 MNU Number

Defendant Fingerprinted: ☐ YES ☐ NO

Fingerprint Classification:

WEIGHT (lbs.): 200

HEIGHT: Ft. 6 In. 6

DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| KXF8277 | PA | ☐ | | ☐ | ☐ | | ☐ |

| VIN | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| 1GBFG15M511140813 | 2001 | CHEV | EXP | | BLU |

Office of the attorney for the Commonwealth ☒ Approved ☐ Disapproved Because:

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth Prior to filing. See Pa.R.Crim.P. 507).

(Name of the attorney for the Commonwealth) (Signature of the attorney for the Commonwealth) (Date)

I, GREGORY JACKSON 35970/TONY MARSAGLIA 35970 22266
(Name of the Affiant) (PSP/MPOETC-Assigned Affiant ID Number and Badge #)

of Bensalem Township Police PA0090900
(Identify Department or Agency Represented and Political Subdivision) (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as
   ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [202] (Subdivision Code) (Place-Political Subdivision)

(6) LOCATIONS THROUGHOUT BENSALEM, LOWER SOUTHAMPTON, UPPER SOUTHAMPTON

in BUCKS County [09] (County Code) on or about 03/12/2020 2235 (Offense Date)

RECEIVED 2020 MAY -8 P 1:11 DISTRICT COURT 07-1-02



# POLICE CRIMINAL COMPLAINT

| Docket Number: CR-306-20 | Date Filed: 5-8-20 | OTN/LiveScan Number U871184-6 | | Complaint/Incident Number 20-08849 |
|---|---|---|---|---|
| Defendant Name | First: DON | Middle: | | Last: YANNUZZI |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered _____ through _____.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealthof Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

5-8-20 (Date) — (Signature of Affiant) #22246

AND NOW, on this date 5-8-20 I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

07-1-02
(Magisterial District Court Number)

(Issuing Authority)

Commonwealth of Pennsylvania County of Bucks Magisterial District Judge 07-1-02



# POLICE CRIMINAL COMPLAINT

| Docket Number: CR 306-20 | Date Filed: 5-8-20 | OTN/LiveScan Number U 871184-6 | | Complaint/Incident Number 20-08849 |
|---|---|---|---|---|
| Defendant Name | First: DON | Middle: | Last: YANNUZZI | |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ______ |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 1 | 3301 | (c)(1) ✓ | of the | PA Crimes Code | 3 ✓ | F2 | 2007 | 09 200 |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**ARSON INT/DESTR/UNOCC/STR**

Acts of the accused associated with this Offense:
**PACC 3301(c)(1) Arson & Related Offenses F2**

**IN THAT, on or about said date, THE DEFENDANT did intentionally start a fire or cause an explosion, whether on his own property or that of another, namely, (1) VERIZON BUILDING 4437 STREET RD BENSALEM, PA, (2) OFFICE OF PA REPRESENTATIVE FRANK FERRY, 1500 DESIRE AVE FEASTERVILLE, PA, (3) 777 GRAVEL HILL RD. UPPER SOUTHAMPTON, PA OWNED BY PAUL YANNUZZI, and/or did aid, counsel, pay or agree to pay another to cause a fire or explosion, and did commit the act with intent of destroying or damaging a building or unoccupied structure of another, in violation of Section 3301(c)(1) of the PA Crimes Code. (18 P.S.3301(c)(1) - Felony 2nd)**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ______ |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 3301 ✓ | (d)(1) | of the | PA Crimes Code | 4 | F3 | 2007 | 09 200 |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**ARSON RECK/END UNOCC/STRU**

Acts of the accused associated with this Offense:
**PACC 3301(d)(1) Arson & Related Offenses F3**

**IN THAT, on or about said date, THE DEFENDANT did intentionally start a fire or cause an explosion, whether on his own property or that of another, namely, (1) MAVIS TIRE, 2912 OLD LINCOLN HWY, BENSALEM, PA, (2) TOWNHOMES AT GATEWAY APARTMENTS 366 THUNDER CIRCLE, BENSALEM, PA, (3) Office of PA State Representative Frank Farry (1500 Desire Ave Feasterville PA). (4) 777 GRAVEL HILL ROAD, UPPER SPOUTHAMPTON, PA OWNED BY PAUL YANNUZZI, and/or did aid counsel, pay, or agree to pay another to cause a fire or explosion, and thereby did recklessly place an uninhabited building or unoccupied structure of another in danger of damage or destruction, in violation of Section 3301(d)(1) of the PA Crimes Code.(18 P.S. 330l(d)(1) - Felony 3rd)**

# POLICE CRIMINAL COMPLAINT

| Docket Number: CR-306-20 | Date Filed: 5-8-20 | OTN/LiveScan Number U871184-6 | Complaint/Incident Number 20-08849 |
|---|---|---|---|
| Defendant Name | First: DON | Middle: | Last: YANNUZZI |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ____ |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 3304 | (a)(1) | of the | PA Crimes Code | 1 | F3 | 2007 | 14 290 |

| PennDOT Data (if Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**CRIM MISCHIEF/BY FIRE**

Acts of the accused associated with this Offense:
**PACC 3304(a)1 Criminal Mischief**

**IN THAT, on or about said date, THE DEFENDANT did intentionally and/or recklessly, or by negligence in the employment of fire, explosives or other dangerous means, damage tangible property, VERIZON BUILDING, 4437 STREET RD. BENSALEM PA 19020, causing a pecuniary loss in the amount of $10,000 - $20,000, in violation of Section 3304 (a)(1) of the PA CRIMES CODE.**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ____ |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 4 | 3301 | (e)(2) | of the | PA Crimes Code | 6 | M1 | 2007 | 09 200 |

| PennDOT Data (if Applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**FAIL/CONTROL FIRE/START**

Acts of the accused associated with this Offense:
**PACC 3301(e) (2) Arson & Related Offenses M1**

**IN THAT, on or about said date, THE DEFENDANT knowing that a fire was endangering the life or property of another, namely, (1) Neshaminy Falls Train Station located at 4260 E. Bristol Road, BENSALEM, PA (2) VERIZON BUILDING 4437 STREET RD BENSALEM, PA, (3) Mavis Discount Tires located at 2912 Old Lincoln Hwy BENSALEM PA (4)Townhomes at Gateway Apartments, 366 Thunder Circle BENSALEM PA (5) OFFICE OF PA REPRESENTATIVE FRANK FERRY, 1500 DESIRE AVE FEASTERVILLE, PA, (6) 777 GRAVEL HILL RD. UPPER SOUTHAMPTON, PA OWNED BY PAUL YANNUZZI, and knowing the fire was started by him or with his assent or on property in his custody or control, did fail to take reasonable measures to put out or control the fire, when he could do so without substantial risk to himself and/or did fail to give a prompt fire alarm, in violation of Section 3301(e) of the PA Crimes Code. (18 P.S. 330l(e)(2)- Misd. 1st)**



# POLICE CRIMINAL COMPLAINT

| Docket Number: CR-300-20 | Date Filed: 5-8-20 | OTN/LiveScan Number U 871184-6 | | Complaint/Incident Number 20-08849 |
|---|---|---|---|---|
| Defendant Name | First: DON | Middle: | | Last: YANNUZZI |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ______ |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 5 | 3304 | (a)(1) | of the | PA Crimes Code | 5 | S | 2007 | 14 290 |

| PennDOT Data (if applicable) | Accident Number | ______ | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**CRIM MISCHIEF/BY FIRE**

Acts of the accused associated with this Offense:
**PACC 3304(a)1 Criminal Mischief**

**IN THAT, on or about said date, THE DEFENDANT did intentionally and/or recklessly, or by negligence in the employment of fire, explosives or other dangerous means, damage tangible property, (1) Neshaminy Falls Train Station located at 4260 E. Bristol Road, BENSALEM, PA (2) Mavis Discount Tires located at 2912 Old Lincoln Hwy BENSALEM PA (3)Townhomes at Gateway Apartments, 366 Thunder Circle BENSALEM PA (4) OFFICE OF PA REPRESENTATIVE FRANK FERRY, 1500 DESIRE AVE FEASTERVILLE, PA, (5) 777 GRAVEL HILL RD. UPPER SOUTHAMPTON, PA OWNED BY PAUL YANNUZZI, causing a pecuniary loss in the amount of $150.00, in violation of Section 3304 (a)(1) of the PA CRIMES CODE.**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ______ |
|---|---|---|---|---|

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 6 | 3301 | (d)(1) | of the | PA Crimes Code | 1 | S | 2007 | 09 200 |

| PennDOT Data (if applicable) | Accident Number | ______ | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
**ARSON RECK/END UNOCC/STRU**

Acts of the accused associated with this Offense:
**PACC 3301(d)(1) Arson & Related Offenses Summary**

**IN THAT, on or about said date, THE DEFENDANT did intentionally start a fire or cause an explosion, whether on his own property or that of another, namely, Neshaminy Falls Train Station located at 4260 E. Bristol Road, BENSALEM PA, and owner, and/or did aid counsel, pay, or agree to pay another to cause a fire or explosion, and thereby did recklessly place an uninhabited building or unoccupied structure of another in danger of damage or destruction, in violation of Section 3301(d)(1) of the PA Crimes Code.(18 P.S. 330l(d)(1) - Felony 3rd)**



**POLICE CRIMINAL COMPLAINT**

| Docket Number: CR-306-20 | Date Filed: 5-8-20 | OTN/LiveScan Number U 871184-6 | | Complaint/Incident Number 20-08849 |
|---|---|---|---|---|
| Defendant Name | First: DON | | Middle: | Last: YANNUZZI |

## AFFIDAVIT OF PROBABLE CAUSE

Your Honor,

Your Affiants are Detective Greg Jackson of the Bensalem Township Police Department and Detective Tony Marsaglia of the Upper Southampton Police Department, located in Bucks County, PA. Your Affiants are both currently assigned to the Criminal Investigations Division in their respective departments.

Your Affiants have personally participated in the investigation set forth below. They are familiar with the facts and circumstances of the investigation through personal participation; from discussions with other law enforcement; from discussions with witnesses and victims involved in the investigation; and from their review of records and reports relating to the investigation.

Between March 12, 2020 and March 20, 2020, (6) arsons have been committed in Lower Bucks County, specifically (4) in Bensalem Township, (1) in Lower Southampton Township, and (1) in Upper Southampton Township. A suspect vehicle has been identified via video surveillance, physical evidence, and a witness statement. On or around March 20, 2020 Investigators had developed a suspect, Donald Yannuzzi, DOB 08/30/1960.

On March 12, 2020, Bensalem Police and Fire Personnel responded to (2) separate reports of a fire.

1.) On March 12, 2020 at 2235 hours, a fire was reported at the Neshaminy Falls Train Station located at 4260 E. Bristol Road. In this fire, the Fire Department arrived on scene and discovered an active fire along the railroad tracks. Investigation found that rubber tires had been set on fire. Detective Gregory Jackson spoke with witness, Kevin Donnelly, who reported seeing a dark blue van which he described as a tall transit van, leave the train station and possibly turn right onto Bristol Road around the time of the fire.

2.) On March 12, 2020 at 2313 hours, a fire was reported to be in the area of 4400 Street Road. The structure on fire was found to be a 10'x15' building with an address of 4437 Street road. This structure was found to be owned by Verizon. Investigation of the scene indicated that the origin of the fire was at the lower right corner of the building where there was a small stack of rubber tires placed. Remnant parts of a blue in color vehicle were present at this scene next to a yellow cement pole. It appeared the actor's vehicle may have struck the pole causing damage. The vehicle pieces were photographed and collected. In addition, wires leading into the building were cut. Bensalem Fire Investigator Nick Altomare spoke with Gary Thomas, a Representative from Verizon. Mr. Thomas advised the building had power and was in working order but since the fire there has been wide spread phone outage in the area. The estimated report of damage sustained to the building was $10,000 - $20,000.

Detective Gregory Jackson reviewed intersection cameras around the time of the aforementioned fires and observed what appears to be a blue van travel through the intersections of Street Rd and Old Lincoln Hwy and RT 1 South and Old Lincoln Hwy around the time of the fires. This van appeared to be a transit or conversion

RECEIVED 2020 MAY 8 P 4:19 DISTRICT COURT 07-1-02



**POLICE CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number |
|---|---|---|---|---|
| CR 3060-20 | 5-8-20 | U8471184-6 | | 20-08849 |
| Defendant Name | First: DON | | Middle: | Last: YANNUZZI |

# AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

van, dark in color.

Detective Gregory Jackson also researched the pieces of the vehicle found at the scene of the Verizon fire and observed VT3461 imprinted on the back of one of the pieces. Investigation into that identification number found that specific sequence may be imprinted on vehicle parts for GM Express vans.

3.) On March 17, 2020 at approximately 0440 hours, Bensalem Police and Fire Personnel responded to Mavis Discount Tires located at 2912 Old Lincoln Hwy for a dumpster fire. Upon arrival, a five-yard dumpster on the West side of the property was found to be on fire. There also appeared to be tires next to the dumpster burning as well. The dumpster was located in a corral approximately 30 feet from the main building of the business. Trevose Fire Co responded and extinguished the fire. A security video camera was positioned on the exterior of the building, facing the dumpster.

4.) On March 17, 2020 at approximately 0440 hours, Bensalem Police and Fire Personnel responded to the Townhomes at Gateway Apartments, 366 Thunder Circle, for a dumpster fire. Upon arrival, Officers and Fire Personnel observed the dumpster to be engulfed in flames. Fire Investigator Altomare and other members of Nottingham Fire Department, responded to the scene and extinguished the fire without incident. A security camera on the corner of 366 Thunder Circle was observed by Officers which captured the incident. Video surveillance from the Townhomes at Gateway Apartments captured a large "Express" model van backed up to the dumpster at approximately 0350 hours. Moments later a fire is observed and a subject who appears to be tall and thin, is seen running away from the dumpster in the direction of where the van had relocated. Additional video surveillance from the complex shows the van to be dark blue with a stripe along the sides. The van appears to have a square object in the middle of the passenger side window.

Surveillance video from Mavis Discount Tires and the intersection camera located at Street and Old Lincoln Highway captured the same van in the area of the fire. Video surveillance placed the van at Mavis Tire between approximately 0424 hours and 0430 hours. Again, the van appears to have a square object in the middle of the passenger side window.

5.) On March 17, 2020 at approximately 0431 hours, Lower Southampton Police Department Officer Jeffery Wilson was flagged down by Salvatore Rispo who reported that a portion of the deck and railing were on fire at the Office of PA State Representative Frank Farry (1500 Desire Ave Feasterville PA). Officer Wilson observed flames coming from the deck on the north side of the building and he extinguished the fire with the extinguisher from his patrol vehicle. The same van matching the description from the Bensalem fires was captured on near by surveillance cameras around the time of this fire.

6.) On March 20, 2020 at 1119 hours, Upper Southampton Police Officer Brendan Drakeley responded to a possible arson at 777 Gravel Hill Road. Officer Drakeley met with the homeowner, Paul Yannuzzi. Paul



**POLICE CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: CR 3066-20 | Date Filed: 5-8-20 | OTN/LiveScan Number: U 871784-6 | | Complaint/Incident Number: 20-08849 |
|---|---|---|---|---|
| Defendant Name | First: DON | Middle: | | Last: YANNUZZI |

# AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

Yannuzzi reported he believed someone intentionally attempted to set fire to the shed at the rear of his home. Paul immediately reported he believed his younger brother, Donald Yannuzzi, DOB 8/30/1960, to be responsible for the fire. He further reported his brother has made serious threats in the past. Paul Yannuzzi proceeded to show Officer Drakeley the fire damage to the shed located to the east of his residence. Officer Drakeley observed a large white shed with two plywood doors. On the right plywood door, there was a large scorch mark approximately one foot wide, extending from the base of the doorframe to the vinyl siding above the plywood door. Directly above the scorch mark, the white vinyl siding of the shed appeared to have melted as a result of the fire. Paul reported he last observed the shed without the burn damage the prior weekend, either on Saturday 03-14-2020 or Sunday 03-15-2020.

Paul Yannuzzi reported he believed his brother Don Yannuzzi to be behind the fire, as Don had reportedly threatened to kill Paul and his sister Nanette Yannuzzi. Paul reported that on Sunday 03-15-2020, Don contacted their mother, Margarita Yannuzzi, who resides at Paul's Run retirement community at 9896 Bustleton Avenue in Philadelphia. Don reportedly told his mother he planned to kill his siblings, Paul and Nanette. Margarita informed Paul and Nanette of the conversation she had with Don, but did not immediately report the threats to the Philadelphia Police Department.

Officer Drakeley made contact with Nanette Yannuzzi by phone. Nanette reported she believes her brother, Don Yannuzzi, drove a blue van with a white stripe along the side. This vehicle description matches the description and video surveillance of a vehicle being investigated by the Bensalem Police Department for several arsons.

Nannette Yannuzzi referred Officer Drakeley to Janna Powell, step-daughter of Don Yannuzzi, who informed that she believes Don drives a Blue Chevy Express van, and described it as having white stripes along the sides. Again, the vehicle description matched that of a vehicle depicted in video surveillance stemming from the Bensalem Township Police Department investigations as matched the color (blue) vehicle pieces left at one of the fire scenes. Powell informed that she had photographs of the van, which were sent to her by Don Yannuzzi approximately 2 years ago when he purchased the vehicle. Powell emailed the photographs to Officer Drakeley which depict a blue Chevrolet Express conversion top van with white stripes partially along the driver's side of the vehicle, and fully along the rear end of the vehicle. Along the top rear of the van are the words "American Dans." The vehicle was displaying Pennsylvania registration KXF8277. The vehicle is registered to Don Yannuzzi of 1410 Lake Road in Feasterville-Trevose, which is the previous residence of the Yannuzzi family.

Officer Drakeley made contact with Carissa Yannuzzi, daughter of Don Yannuzzi. Carissa informed that her father called her at approximately 2300 hours on Wednesday 03-18-2020, and rambled about Carissa coming up to the mountain home. The following morning, Thursday 03-19-2020, Carissa again answered a phone call from her father, Don Yannuzzi, at approximately 0800 hours. Carissa reported during this phone call, her father was "cracking up," which prompted her to ask him what was so funny. Carissa informed that Don either reported that he had attempted or was planning to attempt to burn down her Uncle Paul Yannuzzi's home, a tire business, and a "few" other businesses. Carissa reported she was unsure if her father claimed he had



**POLICE CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: CR-306-20 | Date Filed: 3-8-20 | OTN/LiveScan Number U871184-6 | Complaint/Incident Number 20-08849 |
|---|---|---|---|
| Defendant Name | First: DON | Middle: | Last: YANNUZZI |

# AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

done these things or was planning to do them, as it was difficult to follow what he was saying. Carissa reported Don wished to target the tire business as he claimed it "screwed" over her brother Don Yannuzzi Jr. sometime in the past.

Furthermore, Carissa informed that her father claimed he wished to get on the news, but due to the current news cycle being entirely focused on COVID-19, Don claimed he would need to do more to attract the news attention. Carissa reported her father wishes to be on the news as he believes it will provide him a platform to project his "truth" about the events of September 11, 2001.

On 3/24/2020, Bensalem Police Detective Tropiano spoke to Don Yannuzzi's sister, Nanette Yannuzzi. Nanette related to Detective Tropiano the phone number she has for her brother, Don Yannuzzi. Nanette stated she has communicated with her brother in the past on this phone number. Nanette stated she also knows that her brother, Don Yannuzzi, has used the phone number to call their mother, Margarita Yannuzzi, and make threats towards her as recent as 03/16/2020 and 03/19/2020.

A check of a database "Whooster" found that the number Nanette Yannuzzi provided for Don Yannuzzi was a Verizon Wireless number. The law enforcement software database program called "Whooster" is used to look up the service provider for cellular communications for phone numbers, and found that the number is serviced by Verizon Wireless. Whooster has consistently provided reliable and verifiable information on numerous occasions in the past.

On 3/25/2020, a search warrant for Don Yanuzzi's cell phone records for his phone number were signed by Judge Trauger of Doylestown Court of Common Pleas and sent to Verizon Custodian of records.

Upon return of the phone records of the target number, information analyzed revealed that between 3/16/2020 - 3/18/2020 near the arson location at 777 Gravel Hill Road, the target phone hits on two towers on two different dates where the tower range fall within the location of the fire: 3/16/2020 @ 11:54:51pm and 3/18/2020 @ 10:24:06 pm. This puts the target phone in the area during the time frame the fire occurred at 777 Gravel Hill Road in Upper Southampton.

On 3/26/2020 at approximately 1030 hours, your Affiant Detective Greg Jackson, along with Bensalem Police Detective John Monaghan, Detective Tropiano, and Officer Rogozinski traveled to the area of 737 Airport Drive, Union Dale PA. Through investigation it was learned that Donald Yannuzzi is currently staying there and his blue Chevy Express van was on the property.

Upon our arrival, we met with Corporal Jeffrey Burman of PSP Gibson Barracks. He directed us to an area behind 737 Airport Drive on farm land. We positioned ourselves behind the wood line and Det. Monaghan and Ofc. Rogozinski deployed the drone to take aerial photos and video above the property and of the vehicle parked on the property.



**POLICE CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CR-306-20 | 5-8-20 | U871184-6 | 20-08849 |

| Defendant Name | First: | Middle: | Last: |
|---|---|---|---|
| | DON | | YANNUZZI |

# AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

PSP Corporal Burman advised us that on 3/25/2020 he drove by the property at 737 Airport Drive to verify the van was on that property, at our request. At that time, he observed the suspect vehicle in question present on the property along with a tall white male with a long beard. Affiant Jackson showed Corporal Burman the driver's license photo of Don Yannuzzi, DOB 08/30/60. Corporal Burman confirmed that Yannuzzi was the subject he saw on the property with the suspect vehicle. Corporal Burman stated that the male had a much longer beard now than his driver's license when he saw him.

Corporal Burman gave additional information that last week that Susquehanna County Deputy Sheriff Donald Bennet had contact with Don Yannuzzi at 737 Airport Drive in Union Dale, PA. He had received a complaint from neighbors that someone was on the property and they were not supposed to there. The Sheriff made contact with Yannuzzi who advised he had permission to be at that property by the property owner. Yannuzzi asked the Sheriff to help him pull his van out of the mud because it was stuck. The sheriff did not help with a tow and left.

Drone photos and video taken of the property and suspect vehicle confirmed it was stuck in the mud. The suspect vehicle on the property matched the description of the vehicle observed on surveillance from arsons that occurred in Bensalem and Lower Southampton. Particularly the suspect vehicle had an American Flag hanging in the window on the passenger side which appeared to be the same object in the window at the arson at Town homes of Gateway Apartments on 3/17/2020 in Bensalem. Additionally, it had passenger side rear damage that appeared to match the pole being hit at the arson at the Verizon Building on 3/12/2020 in Bensalem. The rear passenger corner appeared to have a pole indentation along with yellow transfer paint. The pole at the arson scene was painted yellow where the vehicle pieces were found. Drone photos and video appeared to show the body pieces were missing from the van on the rear passenger side corner that were consistent with the pieces found at the arson scene at the Verizon Building. The drone photos and video also show the van's registration as PA tag KXF8277.

All of the (6) aforementioned fires were classified as INCENDIARY by Fire Investigators in their respective jurisdiction.

Your Honor, based on the above information, your Affiants respectfully request an arrest warrant be issued for Donald Yannuzzi, DOB 08/30/1960, for the listed charges.

RECEIVED
2020 MAY -8 P 4: 11
DISTRICT COURT
07-1-02



**POLICE CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: CR-306-20 | Date Filed: 5-8-20 | OTN/LiveScan Number U 871184-6 | Complaint/Incident Number 20-08849 |
|---|---|---|---|
| Defendant Name | First: DON | Middle: | Last: YANNUZZI |

# AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

RECEIVED
2020 MAY -8 P 4:29
DISTRICT COURT
07-1-02

I, GREGORY JACKSON 35970/Tony Marsaglia BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

(Signature of Affiant)

Sworn to me and subscribed before me this 8 day of May, 20

5-8-20 Date ____ Magisterial District Judge

My commission expires first Monday of January, Dec. 31, 2024

SEAL — Commonwealth of Pennsylvania, County of Bucks, Magisterial District Judge 07-1-02

**CONFIDENTIAL**



# Confidential Information Form Criminal Complaint

Complete the defendant's SSN information if known. If this form is submitted as part of a Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tattoos should also be completed if known.

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CR-306-20 | 5-8-20 | U871184-6 | 20-08849 |

| Defendant Name | First: | Middle: | Last: |
|---|---|---|---|
| | DON | | YANNUZZI |

**NCIC Cautions and Medical Conditions (Check up to 9)**

| | | | | |
|---|---|---|---|---|
| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 01 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | ______ |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | ______ |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

| Scars, Marks, Tattoos NCIC Codes | |
|---|---|

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains To: | Confidential Information: | Reference in Filing: |
|---|---|---|
| YANNUZZI, DON<br>(full name of adult)<br>OR<br>This information pertains to a minor with the initials of ______ and the full name of<br>______<br>(full name of minor)<br>and date of birth of: ______ | Social Security Number (SSN): 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<br>Financial Account Number (FAN):<br>Driver's License Number (DLN): 19502073<br>State of Issuance (DLN): PA<br>Expires (DLN): 08/31/2019<br>State Identification Number (SID): 262-98-99-6 | Alternative Reference: SSN1<br>Alternative Reference: FAN1<br>Alternative Reference: DLN1<br>Alternative Reference: SID1 |

Additional page(s) attached. ______ total pages are attached to this filing.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

[signature] #22266 ______
Signature of Attornet or Affiant

5-8-2020
Date

Name: ______

Attorney Number: (if applicable) ______

Address: ______

Telephone: ______

______

Email: ______

**CONFIDENTIAL**